IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XIAOXING XI, *et al.*, | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : No. 17-cv-2132 |
| FBI SPECIAL AGENT ANDREW HAUGEN, *et al.*, | : |
| Defendants. | : |

FILED
FEB 15 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## STIPULATED ORDER

Pending approval of the Court, the parties in this matter stipulate as follows:

1. Plaintiffs' second amended complaint was filed on October 31, 2017. Doc. No. 26. Parties subsequently entered stipulated briefing schedules that were approved by the Court. Doc. No. 30 & 31.

2. As agreed upon in the most recent briefing schedule, defendant Haugen filed a motion to dismiss on January 23, 2018 (doc. no. 35); defendant United States file a motion to dismiss on January 23, 2018 (doc. no. 34); and defendants Rogers, Sessions, and Wray filed a motion to dismiss on February 2, 2018.

3. Pursuant to the current schedule, plaintiffs' responses to the motions to dismiss are to be filed on or before March 19, 2018, and any replies by the defendants are to be filed on or before April 16, 2018.

4. Due to an unexpectedly expedited briefing schedule ordered in other litigation, plaintiffs request an extension of time to respond to the three motions to dismiss filed by defendants.

5. The parties have conferred, and agree to the following amended briefing schedule, subject to the Court's approval:

    a. Plaintiffs shall file responses to the motions to dismiss on or before March 30, 2018.

    b. Defendants may file replies in support of their motions to dismiss on or before April 27, 2018.

6. For the reasons stated above, the parties respectfully request that the Court approve these stipulations.

**SO STIPULATED:**

*/s/ Susan M. Lin*

David Rudovsky
Pa. No. 15168
drudovsky@krlawphila.com
Jonathan H. Feinberg
Pa. No. 88227
jfeinberg@krlawphila.com
Susan M. Lin
Pa. No. 94184
slin@krlawphila.com
KAIRYS, RUDOVSKY, MESSING
 FEINBERG & LIN LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
(215) 925-5365 (fax)

Jonathan Haffetz
 *Pro Hac Vice*
 jhaffetz@aclu.org
Patrick Toomey
 *Pro Hac Vice*
 ptoomey@aclu.org
Ahsley Gorski
 *Pro Hac Vice*
 agorski@aclu.org
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street. 18th Floor
New York, NY 10004
(212) 549-2500

*Counsel for the Plaintiffs*

*/s/ Elizabeth Tulis*

Chad A. Readler
 Acting Assistant Attorney General
 Civil Division
C. Salvatore D'Alessio, Jr.
 Acting Director, Torts Branch
Richard Montague
 Senior Trial Counsel
Paul E. Werner
 Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Tort Branch
P.O. Box 7146
Washington, D.C. 20044
(202) 616-4152 (phone)
(202) 616-4314 (fax)
Paul.Werner@usdoj.gov

*Counsel for Defendants United States and Special Agent Haugen*

Anthony J. Coppolino
 Deputy Branch Director
Elizabeth M. Tulis
 Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-9237 (phone)
(202) 616-8470 (fax)
Elizabeth.Tulis@usdoj.gov

*Counsel for Defendants Christopher A. Wray, Jefferson B. Sessions III, and Adm. Michael S. Rogers*

**SO ORDERED BY THE COURT:**

R. BARCLAY SURRICK, J
United States District Court Judge    2/15/18

3