IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XIAOXING XI, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| FBI SPECIAL AGENT | : | NO. 17-2132 |
| ANDREW HAUGEN, ET AL. | : | |

## ORDER

**AND NOW**, this 31st day of March 2021, upon consideration of Defendant the United States' Motion to Dismiss Plaintiffs' Common Law Claims Against It In Plaintiffs' Second Amended Complaint (ECF No. 34), and Defendant FBI Special Agent Andrew Haugen's Motion to Dismiss Plaintiffs' Constitutional Claims Against Him in Plaintiffs' Second Amended Complaint (ECF No. 35), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motions are **GRANTED** as follows:

1. FBI Special Agent Andrew Haugen's Motion (ECF No. 35) is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(6), and Plaintiffs' claims against Special Agent Haugen asserted in Counts I through III of Plaintiffs' Second Amended Complaint are **DISMISSED** with prejudice.

2. The United States' Motion (ECF No. 34) is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(1), and Plaintiffs' claims against the United States asserted in Counts IV through IX of Plaintiffs' Second Amended Complaint are **DISMISSED** with prejudice.

IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick
R. BARCLAY SURRICK, J.