UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-2798
_____

XIAOXING XI;
JOYCE XI;
QI LI,
Appellants

v.

FBI SPECIAL AGENT ANDREW HAUGEN;
JOHN DOES; UNITED STATES OF AMERICA;
DIRECTOR OF FEDERAL BUREAU OF INVESTIGATION;
ATTORNEY GENERAL UNITED STATES OF AMERICA;
DIRECTOR NATIONAL SECURITY AGENCY
AND CHIEF OF THE CENTRAL SECURITY SERVICE
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2-17-cv-02132)
District Judge: Hon. R. Barclay Surrick
_____

Argued September 14, 2022
_____

BEFORE: KRAUSE, BIBAS, and RENDELL, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record on appeal from the United States District Court for the Eastern District of Pennsylvania and was argued on September 14, 2022.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART,

AND REMANDED FOR FURTHER PROCEEDINGS. All of the above in accordance with the opinion of this Court. Costs shall not be taxed.

ATTEST:

s/Patricia S. Dodszuweit
Dated: May 24, 2023                          Clerk

**Certified as a true copy and issued in lieu of a formal mandate on** July 17, 2023

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**