IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **XIAOXING XI**, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : No. 2:17-cv-2132-RBS |
| | : |
| **UNITED STATES OF AMERICA**, *et al.*, | : |
| | : |
| Defendants. | : |

**Joint Request for Status Conference**

The parties, through the below designated counsel, respectfully request that the Court schedule a status conference to address outstanding dispositive motions and discovery scheduling.

| | |
|---|---|
| /s/ David Rudovsky | BRIAN M. BOYNTON |
| David Rudovsky | Principal Deputy Assistant Attorney General |
| Jonathan H. Feinberg | |
| Susan M. Lin | C. SALVATORE D'ALESSIO, Jr. |
| KAIRYS, RUDOVSKY, MESSING,   FEINBERG & LIN LLP | Director, Torts Branch |
| The Cast Iron Building | RICHARD MONTAGUE |
| 718 Arch Street, Suite 501 South | Senior Trial Counsel |
| Philadelphia, PA 19106 | |
| | /s/ *Paul E. Werner* |
| Patrick Toomey | PAUL E. WERNER |
| Ashley Gorski | (Md. Bar, under LCvR 83.5(e)) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Senior Trial Counsel |
| | PAUL QUAST |
| 125 Broad Street, 18th Floor | (Co. Bar, under LCvR 83.5(e)) |
| New York, NY 10004 | Trial Attorney |
| | United States Department of Justice |
| Jonathan Hafetz | Torts Branch, Civil Division |
| One Newark Center | P.O. Box 7146 |
| 1109 Raymond Blvd. | Washington, D.C. 20044 |

| | |
|---|---|
| Newark, NJ 07102 | (202) 616-4152 (phone)<br>(202) 616-4314 (fax)<br>E-mail: Paul.Werner@usdoj.gov |
| *Counsel for Plaintiffs* | |

*Attorneys for the United States*

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

 /s/ *Elizabeth Tulis*
ELIZABETH TULIS
(NY Bar, under LCvR 83.5(e))
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-9237 (phone)
(202) 616-8470 (fax)
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants Christopher A. Wray, Merrick Garland, and Gen. Timothy D. Haugh*